Delgado et al., Demandantes y Apelados, *v.* Delgado y Vivó, Demandados y Apelante el Segundo.

Apelación procedente de la Corte de Distrito de Ponce, en pleito sobre nulidad de partición de bienes hereditarios. Traslado de causa.

No. 2149.—Resuelto en mayo, 24, 1920.

Traslado del Pleito — Comparecencia — Conocimiento Judicial de Otros Autos.—Si el traslado procede porque los demandados de evicción tienen derecho a obtenerlo, el demandado que citó de evicción tiene derecho al beneficio de dicho traslado aun cuando hubiera comparecido al objeto de obtener

la citación y de prestar fianza para eludir un embargo, y para resolverlo así la corte de apelación puede tomar conocimiento judicial de otro record sometido al mismo tiempo.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. J. D. Rodríguez.*

Abogados de los apelados: *Sres. J. y M. Tous Soto.*

Abogados de A. Lecaroz y Cía., citados de evicción: *Sres. Largé & Zeno.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Luis Vivó es el apelante en este caso. Fué demandado y citó de evicción a Severiano Lecaroz y a Manuel Lecaroz como se expresa en el caso No. 2150 que acaba de fallarse. Además de esto compareció y prestó fianza para quedar exento del embargo. Hizo la reserva de que esta comparecencia era solamente en cuánto al embargo.

Hemos resuelto en el caso de *Aparicio Hermanos* v. *A. C. Christianson y Cía.*, 23 D. P. R. 493, que una comparecencia para levantar un embargo confiere jurisdicción a la corte. Tal vez pudiera dudarse si no podría ser presentada aun una moción para el traslado del pleito, pero no resolveremos la cuestión.

Puesto que este caso y el número 2150 que acaba de fallarse fueron sometidos el mismo día y como los apelantes en el caso número 2150 tenían claramente derecho a obtener el traslado, la ley de ese caso es obligatoria para las partes en el presente y tomaremos conocimiento judicial de los autos del referido caso anterior para los fines de esta apelación. El caso en conjunto debe ser trasladado y Vivó tiene derecho al beneficio de dicho traslado.

La sentencia apelada debe ser revocada y verificarse el traslado.

> *Revocada la orden apelada y ordenado el traslado del pleito.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.